# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DANIEL RENARD ANDERSON                                                                    PETITIONER

v.                                          NO. 5:08CV00345 BSM

LARRY NORRIS, Director of the                                                             RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  No objections have been filed.  After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The motion to dismiss filed by respondent Larry Norris ("Norris") is granted, see Document 4, and the petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Daniel Renard Anderson is dismissed without prejudice. Judgment will be entered for Norris.

IT IS SO ORDERED this 13th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE