# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DANIEL RENARD ANDERSON                                                                PETITIONER

v.                                            NO. 5:08CV00345 BSM

LARRY NORRIS, Director of the                                                         RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Daniel Renard Anderson is dismissed without prejudice.

IT IS SO ORDERED this 13th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE